

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS** and Bill Magness,
Appellants

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The current deadline for appellants' reply brief is October 4, 2021. On September 22, 2021, appellants filed an unopposed motion requesting an extension of that deadline until October 19, 2021. After consideration, we **GRANT** appellants' motion and **ORDER** them to file their reply brief by October 19, 2021.

It is so **ORDERED** on September 24, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court